UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LLOYD CARTER**, | : | |
| 510 Hurtt Place | : | |
| Ft. Washington, MD 20744 | : | |
| | : | |
| Plaintiff, | : | Case No. |
| v. | : | |
| | : | Jury Demand |
| | : | |
| **THE DISTRICT OF COLUMBIA** | : | |
| **GOVERNMENT** | : | |
| 1350 Pennsylvania Avenue, NW | : | |
| Washington, DC 20004 | : | |
| | : | |
| Defendant. | : | |

## COMPLAINT

1. COMES NOW the Plaintiff, by and through his counsel, The Law Office of Jimmy A. Bell, P.C. and Jimmy A. Bell, Esq., and respectfully present this Complaint against the Defendant, the District of Columbia, to enforce his rights under the Federal Civil Rights Act of 1866, 42 U.S.C. § 1981 and the District of Columbia Human Rights Act.

## JURISDICTION

2. Jurisdiction of this court is based upon Section 1981 of the Federal Civil Rights Act of 1866 and the District of Columbia Human Rights Act.

## VENUE

3. Venue is proper in the District of Columbia as the acts complained of occurred within said jurisdiction.

## STATEMENT OF FACTS

4. Plaintiff is a Black male employed with the District of Columbia Department of Public Works who is 66 years of age. He has been employed by the District Government (FMA)

since September 26, 1986. He is also in the District's Management Supervisory Service Program.  On Monday January 03, 2003, he was given official notice to assume the new responsibility as Supervisor of Vehicle Acquisition and Disposal Officer. During the last five (5) years he demonstrated in a stellar manner that he met and exceed qualifications to perform in this position as Acting Vehicle Acquisition and Disposal Officer for FMA. In this position his responsibility required him to purchase or lease all vehicles/equipment for the District Government with the exception of Police department vehicular support, Fire and Schools. This includes the Mayor's Office, City Administrator and the Counsel vehicular support requirements. He scheduled each year from January 2003 to present date to purchase approximately ten (10) million dollars of vehicles/equipment. This included compact, light, medium, heavy duty and specialized equipment. He also, monitored and executed lease contracts with third parties to provide lease cars for agencies that required short term ownership of vehicles to support grant funded programs. In FY-2004 he removed two-hundred and fifty (250) light duty vehicles from vehicle fleet inventory. FY-2007, he reduced fleet by an additional one-hundred and fifty (150) vehicles. This objective was met and exceed within timelines and budget allocated. He was responsible for the recommendation and disposal of surplus property, that is deemed no economically feasible to repair.  He disposed of approximately six hundred (600)  vehicles/equipment from FY-2003 through FY-2008. He was Project Manager for Mayor's initiative to reduce light duty fleet in 2004 and 2007.

5. Defendant District of Columbia is sued in its representative capacity for the Department of Public Works.

6. Plaintiff was denied compensation for working in and "acting" higher level position without compensation for 8 years and denied a MS -301-14 Vehicle Control Officer Position in the Department of Public Works where he was more qualified the than person selected who was outside of his protected class.

## COUNT I

### UNLAWFUL DISCRIMINATION IN VIOLATION OF THE FEDERAL CIVIL RIGHTS ACT OF 1866, 42 U.S.C. § 1981

7. Plaintiff re-pleads and re-alleges paragraphs 1 through 6, with the same force and effect as if set forth separately at length herein.

8. Plaintiff was denied compensation for working as Acting Vehicle Acquisition and Disposal Officer position without compensation for 8 years. The Acting Vehicle Acquisition and Disposal Officer are the same as outlined in the Vehicle Control Officer MSS-Grade-14 that was advertised in the position description in January 2008. The facts and circumstances surrounding the failure to appoint Plaintiff to the position of MS -301-14 Vehicle Control Officer Position in the Department of Public Works where he had served as for five years and never received less than a satisfactory performance appraisal rationally support an inference of unlawful discrimination based on her race (African-American). Plaintiff was more qualified the than person selected who was outside of his protected class.

9. Despite Plaintiff's work credentials and duties, Plaintiff was not afforded the same opportunities for promotion as members outside of his protected class. Plaintiff did not enjoy the services, privileges and benefits offered to persons outside of his protected class because of his race (Black).

11. Defendant acted in a discriminatory manner that a reasonable person would find objectively unreasonable.

## COUNT II

## UNLAWFUL DISCRIMINATION IN VIOLATION OF THE DISTRICT OF COLUMBIA HUMAN RIGHTS

12. Plaintiff re-pleads and re-alleges paragraphs 1 through 11, with the same force and effect as if set forth separately at length herein.

13. Plaintiff was denied compensation for working as Acting Vehicle Acquisition and Disposal Officer position without compensation for 8 years. The Acting Vehicle Acquisition and Disposal Officer are the same as outlined in the Vehicle Control Officer MSS-Grade-14 that was advertised in the position description in January 2008.  The facts and circumstances surrounding the failure to appoint Plaintiff to the position of MS -301-14 Vehicle Control Officer Position in the Department of Public Works where he had served as for five years and never received less than a satisfactory performance appraisal  rationally support an inference of unlawful discrimination based on her race (African-American). Plaintiff was more qualified the than person selected who was outside of his protected class.

14. Despite Plaintiff's work credentials and duties, Plaintiff was not afforded the same opportunities for promotion as members outside of his protected class. Plaintiff did not enjoy the services, privileges and benefits offered to persons outside of his protected class base on his race (Black) and age (66).

15. Defendant acted in a discriminatory manner that a reasonable person would find objectively unreasonable.

## **RELIEF SOUGHT**

16. Plaintiff re-pleads and re-alleges counts 1 through 15, with the same force and effect as if set forth separately at length herein.

17. Plaintiff requests the following relief:

18. Compensatory damages in the amount of $300,000.00.

19. Pre and Post-judgment interest.

20. Lost income and back pay.

21. The costs of litigation, including reasonable attorney's fees and expert witness fees.

22. Such other relief that may be just.

## **JURY DEMAND**

23. Plaintiff demands a trial by jury.

                          Respectfully submitted,

                          _____/s/_____
                          Jimmy A. Bell, Esq.
                          The Law Office of Jimmy A. Bell, P.C.
                          9610 Marlboro Pike
                          Upper Marlboro, MD 20772
                          (301) 599-7620 (Tel)
                          (301) 599-7623 (Fax)
                          Bar No. MD14639

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

LLOYD CARTER,
510 Hurtt Place
Ft. Washington, MD 20744

## DEFENDANTS

THE DISTRICT OF COLUMBIA
GOVERNMENT
1350 Pennsylvania Avenue, NW
Washington, DC 20004

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Jimmy A. Bell, Esq.
The Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620 (Tel)

Case: 1:08-cv-01206
Assigned To : Roberts, Richard W.
Assign. Date : 7/15/2008
Description: Employ. Discrim.

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
⊙ Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)     OR     ○ F. Pro Se General Civil

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ⊗ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USCA Sec. 1981 Discrimination in employment contracts

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 300,000   Check YES only if demanded in complaint
JURY DEMAND:   YES ☒   NO ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 7-15-08   SIGNATURE OF ATTORNEY OF RECORD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.